## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4475 | **DATE** | 10/22/2008 |
| **CASE TITLE** | Jerome Newman vs. Apex Financial Group, Inc. , et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion to dismiss any remaining Defendant without prejudice is granted. All issues having been concluded, the instant action is hereby dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|